

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00493-CV

**CAT CLAW MAVERICK, LTD**,
Appellant

v.

**DECKER LAKE PROPERTY, LLC** and TCW Maverick Ranch, LTD,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 24-12-44051-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Velia J. Meza, Justice

Delivered and Filed: January 28, 2026

DISMISSED

On July 31, 2025, appellant filed its notice of accelerated appeal. On August 21, 2025, the parties sought to refer this case to mediation, which this court granted. On January 13, 2026, appellant filed its motion for voluntary dismissal.

After consideration, appellant's motion is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM